**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,** ) | |
| ) | **CR 11-1823-TUC-DCB(JR)** |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| **vs.** ) | |
| ) | |
| **Jeffrey Allen Stout,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Petition to Revoke Supervised Release.

Magistrate Judge Rateau conducted a hearing on October 31, 2012, and issued her Report and Recommendation on November 13, 2012. A copy was sent to all parties. This Court has determined that no objections to the Magistrate Judge's Report and Recommendation will be filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Rateau's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Defendant's Petition to Revoke Supervised Release is hereby dismissed.

IT IS FURTHER ORDERED the U.S. Marshal is directed to transport the defendant for bag and baggage release to Probation at a Release Hearing before this Court on Wednesday, November 28, 2012 at 1:15 p.m.

DATED this 26th day of November, 2012.

David C. Bury
United States District Judge

cc:   Kathleen Nunez, USPO